

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| TEACHERS FEDERAL CREDIT UNION, | § | No. 08-18-00200-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 384th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| SALVADOR ESQUIVEL, | | |
| | § | (TC# 2018-DCV-2083) |
| Appellee. | | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the reply brief until **June 28, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mark C. Walker, the Appellant's attorney, prepare the Appellant's reply brief and forward the same to this Court on or before June 28, 2019.

IT IS SO ORDERED this 17th day of June, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.